In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



 NO. 09-06-016 CV 


NO. 09-06-017 CV


____________________



RONALD L. DUCOTE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the County Court at Law No. 3


Jefferson County, Texas


Trial Cause Nos. 100688 and 101020






 MEMORANDUM OPINION 


 Ronald L. Ducote appealed the final judgments forfeiting two bail bonds after entry
of judgments nisi. (1) The appeals were submitted without briefs because the appellant failed
to file his briefs by the April 14, 2006 due date. See Tex. R. App. P. 38.6(a). The appellant
did not request additional time to file the briefs. See Tex. R. App. P. 38.6(d). On May 16,
2006, we notified the parties that the appeals would be advanced without oral argument. See
Tex. R. App. P. 39.9. In the absence of a brief or briefs assigning error, we dismiss the
appeals for want of prosecution. Tex. R. App. P. 38.8(a)(1).

 APPEALS DISMISSED.

 ____________________________

 CHARLES KREGER

 Justice


Submitted on June 6, 2006

Opinion Delivered June 15, 2006

Before McKeithen, C.J., Kreger and Horton, JJ.
1. Thomas Arceneaux and James Anderson, the principals on the two bonds, did not
file notice of appeal.